# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SMALL,<br><br>                                    Plaintiff,<br>v.<br><br>MATTHEW MARTEL, as an individual, and as the Warden from the California Rehabilitation Center; GUILLERMINA HALL MURRAY, as an individual, and as the Warden from the California Rehabilitation Center; SHERIFF WILLIAM KOLENDER, as an individual, and on behalf of the GEORGE BAILEY DETENTION FACILITY; BONNIE DUMANIS, as an individual; and DOES 1-50,<br><br>                                    Defendants. | CASE NO. 09 CV 0913 JM (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR A STAY ON THE PROCEEDINGS**<br><br>Doc. No. 5 |

Having considered the parties' joint motion for a stay on the proceedings, and for good cause appearing, the court **GRANTS** the motion and **STAYS** the proceedings for 120 days. The stay shall include: 1) Plaintiff filing a Declaration of Service on Defendants; 2) Defendants' motion to dismiss (Doc. No. 3); and 3) filing deadlines for all papers related to the motion to dismiss.

DATED: August 4, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

- 1 -

09cv0913