# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SMALL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTHEW MARTEL, as an individual, and as the Warden from the California Rehabilitation Center, et al., and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 09 CV 0913 JM (POR)<br><br>**ORDER FOR JOINT MOTION FOR POSTPONEMENT OF DEFENDANT BONNIE DUMANIS' MOTION TO DISMISS HEARING**<br><br>Doc. No. 9 |

IT IS HEREBY ORDERED THAT:

The court hereby grants the joint application for postponement of defendant BONNIE DUMANIS'S motion to dismiss to October 16, 2009, including the opposition and responsive pleadings due in relation to defendant's motion to dismiss.

IT IS SO ORDERED.

DATED:　　September 10, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JEFFREY MILLER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

09cv0913