# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SMALL,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW MARTEL, as an individual, and as the warden from the California Rehabilitation Center; GUILLERMINA HALL MURRAY, as an individual, and as the warden from the California Rehabilitation Center; SHERIFF WILLIAM KOLENDER, as an individual and on behalf of THE GEORGE BAILEY DETENTION FACILITY; BONNIE DUMANIS, as an individual, and DOES 1-50,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 09 CV 913 JM (POR)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF DEFENDANT DUMANIS; DENYING DEFENDANT DUMANIS'S MOTION TO DISMISS AS MOOT**<br><br>Doc. Nos. 12, 7 |

　　　Pending before the court is Plaintiff's request for voluntary dismissal of Defendant Dumanis without prejudice. (Doc. No. 12). A "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Dumanis has filed a motion to dismiss, but has not filed either an answer or a motion for summary judgment. Accordingly, the action against Defendant Dumanis is hereby DISMISSED WITHOUT PREJUDICE.

//

Furthermore, Defendant Dumanis's motion to dismiss (Doc. No. 7) is hereby DENIED as moot.

**IT IS SO ORDERED.**

DATED: October 19, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge