# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SMALL,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW MARTEL et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 09-CV-913-JM (POR)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO WITHDRAW WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Doc. No. 18 |

　　　Defendants filed an application to withdraw without prejudice their motion to dismiss on September 30, 2010, in light of the parties' agreement to attend a settlement conference. (Doc. No. 18.) Having read the foregoing application and good cause showing, the court hereby GRANTS the Defendants' request and orders the motion to dismiss (Doc. No. 3) withdrawn without prejudice. Defendants may re-file their motion to dismiss within thirty days after the December 3, 2010 status conference, if the case does not settle before then.

　　　**IT IS SO ORDERED.**

DATED: September 30, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　United States District Judge