UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SMALL,<br><br>                                        Plaintiff,<br><br>               v.<br><br>MATTHEW MARTEL, as an individual and as<br>the Warden from the California Rehabilitation<br>Center, et al.,<br><br>                                        Defendants. | Civil No.     09-cv-0913-JM (POR)<br><br>**ORDER SCHEDULING SETTLEMENT<br>DISPOSITION CONFERENCE** |

On March 7, 2011, the Court held a Settlement Conference.  Appearing before the Court were: Dwight Ritter, Esq., and Karen Albence, Esq., counsel for Plaintiff; Plaintiff Charles Small; and John Walters, Esq., counsel for Defendants.  Mike Mueller, Esq., staff counsel for Defendant CDCR appeared telephonically.  The case settled.  Accordingly, IT IS HEREBY ORDERED:

1.    A Joint Motion for Dismissal shall be submitted to the Honorable Jeffrey T. Miller on or before **April 25, 2011.**  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter.  The courtesy copy shall be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2.    If a Joint Motion for Dismissal is not submitted on or before April 25, 2011, then a Settlement Disposition Conference shall be held on **April 26, 2011**, at **9:30 a.m.** before Judge Porter.  The conference shall be telephonic, with attorneys only.  Defendants' counsel shall arrange and initiate the conference call.

///

1    3.    If a Joint Motion for Dismissal is received on or before April 25, 2011, the Settlement

2    Disposition Conference shall be VACATED without further court order.

3    **IT IS SO ORDERED.**

4    DATED:  March 8, 2011

5

6    _____
     LOUISA S PORTER
     United States Magistrate Judge

7

8    cc:    The Honorable Jeffrey T. Miller
            all parties

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28