UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SMALL,<br><br>                        Plaintiff,<br><br>        v.<br><br>MATTHEW MARTEL, as an individual and as the Warden from the California Rehabilitation Center, et al.,<br><br>                        Defendants. | Civil No.   09-cv-0913-JM (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On April 26, 2011, the Court held a Settlement Disposition Conference. Appearing were: Dwight Ritter, Esq., counsel for Plaintiff; and John Walters, Esq., counsel for Defendants. Counsel represent the case remains settled. However, counsel for Defendants represents the estimated date for payment is not for another five weeks, and therefore both counsel request additional time to file the Joint Motion for Dismissal. Good cause appearing, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable Jeffrey T. Miller on or before **June 10, 2011.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter. The courtesy copy shall be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before June 10, 2011, then a Settlement Disposition Conference shall be held on **June 13, 2011,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Defendants' counsel shall arrange and initiate the conference call.

3. If a Joint Motion for Dismissal is received on or before June 10, 2011, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED.**

DATED: April 26, 2011

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Jeffrey T. Miller
all parties