# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SMALL,<br><br>                    Plaintiff,<br>   v.<br>MATTHEW MARTEL et al.,<br><br>                    Defendants. | CASE NO. 09-CV-913-JM (POR)<br><br>**ORDER VACATING STATUS CONFERENCE** |

The court being informed that the parties have reached a settlement in the above-entitled matter, the status conference currently set for July 29, 2011 at 11:00am is hereby VACATED, subject to rescheduling as it becomes necessary.

**IT IS SO ORDERED.**

DATED: July 14, 2011

_____
Hon. Jeffrey T. Miller
United States District Judge