UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHARLES SMALL,<br><br>                              Plaintiff,<br><br>             v.<br><br>MATTHEW MARTEL, as an individual and as the Warden from the California Rehabilitation Center, et al.,<br><br>                              Defendants. | Civil No.   09-cv-0913-JM (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |
|---|---|

On October 25, 2011, the Court held a Settlement Disposition Conference. Appearing were: Karen Albence, Esq., counsel for Plaintiff; and John Walters, Esq., counsel for Defendants. Counsel represent the case remains settled. However, counsel for Defendants represents the estimated date for payment is November 21, 2011. Therefore, both counsel request additional time to file the Joint Motion for Dismissal. Good cause appearing, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable Jeffrey T. Miller on or before **November 28, 2011.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter. The courtesy copy shall be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before November 28, 2011, then a Settlement Disposition Conference shall be held on **November 29, 2011,** at **1:30 p.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Defendants' counsel shall arrange and initiate the conference call.

1    3.   If a Joint Motion for Dismissal is received on or before November 28, 2011, the
2         Settlement Disposition Conference shall be VACATED without further court order.
3    4.   Counsel are also advised that if payment is not made by November 21, 2011, the
4         Court will entertain a motion for interest accruing on the settlement.
5    **IT IS SO ORDERED.**
6  DATED: October 31, 2011

                                       _____
                                       LOUISA S PORTER
                                       United States Magistrate Judge