UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SMALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW MARTEL, et al.,<br><br>　　　　Defendants. | 09-CV-0913-JM (POR)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

　　On the joint motion of the parties and the attorneys of record for the parties who have appeared in this action,

　　**IT IS ORDERED** that this case shall be dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses of any type. There is no prevailing party in this action.

Dated: November 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge